FILED

UNITED STATES DISTRICT COURT

MIDDLSE DISTRICT OF FLORIDA

JACKSONVILLE DIVISION

2015 AUG 14  AM 11: 15

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE FLORIDA

CHARITY BALL NEWTON,                                CASE NUMBER: 3:15-CV-685-J-34JBT

Plaintiff,                                                          LOWER TRIBUNAL:162015CC004590

vs.

THE CITY OF JACKSONVILLE, a municipal corporation;

THE NORTHWEST JACKSONVILLE COMMUNITY

DEVELOPEMENT CORPORATION, a not-for-profit corporation;

and THE JACKSONVILLE AREA LEGAL AID, INCORPORATED,

Defendants.

_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

**Pursuant to:** FEDERAL CIVIL JUDICIAL PROCEDURE and RULES, 2014, RULE 8.

### SUBJECT-MATTER JURISDICTION:

I, Pastor Charity Ball/Newton, by and through my son, Ronald Darrell Taylor who is the Registered Agent for the OILOF JOYFULL GOSPEL PROPHETIC PREACHING MINISTRIES, INCORPORATED (hereinafter "OIL OF JOY"), sues Defendants: THE CITY OF JACKSONVILLE (hereinafter "JACKSONVILLE"), THE NORTHWEST JACKSONVILLE COMMUNITY DEVELOPMENT CORPORATION (hereinafter "NJCDC"), AND THE JACKSONVILLE AREA LEGAL AID, INCORPORATED (HEREINAFTER "LEGAL AID"), and all others claiming an interest in the real property known as 1740 WEST

1ST STREET, JACKSONVILLE, FLORIDA, 32209, also known as 1056 & 1064 POWHATTAN STREET, JACKSONVILLE, FLORIDA 32209, and states:

1. This Action presents the Federal Question: CAN A NON-PROFIT RELIGIOUS ORGANIZATION THAT HAS MAINTAINED FOR TWELVE YEARS THE STATUS OF A CHARITABLE ORGANIZATION UNDER s.501 (c)(3) OF THE INTERNAL REVENUE CODE BE BURDENED BY A MUNICIPAL CORPORATION VIA ESCHEATMENT OF IT'S PROPERTY AND NOT VIOLATE THE UNITED STATES CONSTITUTION'S 5TH AMENDMENT DUE PROCESS CLAUSE AS CODIFIED TO THE STATES BY AND THROUGH THE 14TH AMENDMENT.

2. This Action also presents the Federal Question: CAN A MUNICIPAL GOVERNMENT'S FAILURE TO FOLLOW IT'S OWN RULES,ORDINANCES, AND STATE STATUTES AS TO ONE NOT-FOR-PROFIT ORGANIZATION BENEFIT ANOTHER NOT-FOR-PROFIT ORGANIZATION AND NOT VIOLATE THE EQUAL PROTECTION RIGHTS GARRANTEED BY FEDERAL LAWS OF THESE UNITED STATES.

3. This Action is to recover the Title To and the Damages To: 1740 West 1st Street, Jacksonville, Florida 32209, also described as: LOTS TWO (2) AND FOUR (4), BLOCK "E" LINCOLNTON, ACCORDING TO PLAT THEREOF RECORDED IN PLAT BOOK 2, PAGE 74 OF THE CURRENT PUBLIC RECORDS OF DUVAL COUNTY,FLORIDA, BOTH COMPENSATORY AND PUNITIVE IN NATURE VALUING MORE THAN $250,000.00.

4. Venue is proper in this FEDERAL DISTRICT COURT, MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION, in that the subject property is located within the boundaries of the City of Jacksonville, Florida.

5. Jacksonville is a State of Florida municipal corporation.

6. The NJCDC is a not-for-profit corporation located within the boundaries of the City of Jacksonville.

7. The Legal Aid is State of Florida corporation located within the boundaries of the City of Jacksonville, Florida.

8. 8. The Plaintiff, Pastor Charity Ball/Newton, the Oil Of Joy Church gained the right to hold religious services as to the subject property by way of conveyance via donation by Mr. Brice Grant, Junior, the then owner of record on September 11, 2007. See Exhibit 'A', Notarized and witnessed document of conveyance, attached Appendix.

9. The Oil Of Joy filed Articles Of Incorporation on May 29, 2001 with the Florida Department Of State. See Exhibit 'B', sealed document, Appendix.

10. The Oil Of Joy gained a CONSUMER'S CERTIFICATE OF EXEMPTION issued Pursuant to Chapter 212, Florida Statutes on July 16, 2008 as a RELIGIOUS-PHYSICAL PLACE, that expired on July 31, 2013 while located at 1740 west 1st street, Jacksonville, Florida 32209-7280. See Exhibit 'C', Appendix.

11. The Defendant, Jacksonville escheated 1740 west 1st street as 2-74 10-2S-26E, Lincolnton, Lots 2, 4 BLK E, on September 7, 2012. See Exhibit 'D', Tax Deed, Appendix.

12. The Defendant, NJCDC gained Title to the subject property on September 9, 2013 via QUITCLAIM DEED from Jacksonville. See Exhibit 'E', deed, Appendix

13. The Defendant, Legal Aid completed the orchestrated conspiracy on January 6, 2015, by its letter from Carol Miller, Community Counselor, calling the Oil Of Joy a TENANT AT SUFFERANCE, and stipulating that Charity Newton Sign a Lease Agreement to remain in the building. See Exhibit 'F', Miller's Letter, Appendix.

14. The Plaintiff, The Oil Of Joy is entitle to the Title to 1740 west 1st street via CHAPTER 98-289, COMMITTEE SUBSTITUTE FOR HOUSE BILL NO. 29, which adds Subsection (13) to section 196.011, Florida Statutes, and amends section 196.195(4). See Exhibit 'G', Laws Of Florida, Appendix.

15. On July 23, 2015, the County Court Issued an Order of Eviction. See Exhibit 'H', Court's Order, Appendix.

16. The Oil Of Joy filed a " MOTION TO ARREST JUDGEMENT". See Exhibit 'I', Defendant's Motion, Appendix.

17. The County Court, the Honorable Judge Michelle Kalil denied the motion to arrest judgement and ordered Execution. See Exhibit 'J', Court's Order, Appendix.

I, Charity Ball/Newton do hereby declare under the penalties of perjury of these United States that I have read the foregoing "COMPLAINT AND DEMAND FOR JURY TRIAL" and the statements contained herein are true and correct.

_Pastor Charity Ball/Newton_          _Ronald Darrell Ball/Taylor_
Pastor Charity Ball/Newton            Ronald Darrell Ball/Taylor

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

JACKSONVILLE DIVISION

| | |
|---|---|
| CHARITY BALL NEWTON | CASE NUMBER: 3:15-CV-685-J-34JBT |
| Plaintiff, | LOWER TRIBUNAL: 16-2015-CC-004590 |
| vs. | |

THE CITY OF JACKSONVILLE, a municipal corporation;

THE NORTHWEST JACKSONVILLE COMMUNITY

DEVELOPMENT CORPORATION, a not-for-profit corporation;

and THE JACKSONVILLE AREA LEGAL AID, INCORPORATED,

Defendants.

_____/

## DEMAND FOR RELIEF

I, Pastor Charity Ball/Newton, the Plaintiff, as to, this action, , seeks as relief:

1. Compensatory Damages of $44,548.00 for 1064 Powhattan Street

2. Compensatory Damages of $44,548.00 for 1056 Powhattan Street

3. Punitive Damages for both reprehensible acts to be decided by a jury of my peers

4. In the interest of justice, for this honorable Court to conduct a trial and insure that counsel is provided that can stand against the Defendants and their vast resourses.

5. That if the NJCDC, and The city Of Jacksonville simply sign titles to 1064 & 1056 Powhattan Street over to the OIL OF JOY FULL GOSPEL PROPHETIC PREACHING MINISTRIES,

INCORPORATED, a trial by jury, as to, Conspiracy, via a meeting of minds to deny Constitutional guarantees to a natural born United States Citizen will not be necessary.

I, Mrs. Charity Ball/Newton do hereby declare that I have read the statements contained herein and they are true and correct.

_____       _____

Pastor Mrs. Charity Ball/Newton                                Date